UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 19-CR-00199-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EMILIO TESTA,
     *a/k/a Emilio Harper,*
     *a/k/a Emilio Ric,*
     *a/k/a Emilio Riccardo,*

       Defendant.

## MOTION FOR TEMPORARY RELEASE OF PROPERTY

Mr. Emilio Testa, through counsel, Natalie Stricklin, submits this motion for the temporary release of his passport currently within the custody of the Department of Homeland Security. In support of his motion, Mr. Testa states the following:

1. Mr. Testa is currently released on bond with pretrial supervision. As a condition of bond, Mr. Testa was required to forfeit his passport. Mr. Testa is an Australian national.

2. Mr. Testa's passport is currently in the custody of the Department of Homeland Security. The passport is believed to have been seized during the execution of a search warrant at Mr. Testa's Boulder, Colorado, home.

3. On June 13, 2019, Mr. Testa pled guilty to one count of sting money laundering. A sentencing hearing is set for August 22, 2019, at 9:00 a.m.

4. Mr. Testa owns two vehicles not currently registered with the State of Colorado as required under Colorado law. The first is a 1998 Chevy Silverado 1500 pick-up truck, VIN # 1GCEK19R1WR161422, given to Mr. Testa by a friend last year. This truck was previously registered to Mr. Testa. The second is a 1981 Suzuki gs850fx motorcycle, VIN # JS1GS71G6B2100621, recently purchased by Mr. Testa for $200. Title to the motorcycle and registration still needs to be filed with the Colorado Department of Motor Vehicles.

5. Mr. Testa attempted to register both vehicles last month. The DMV informed Mr. Testa that he needs a current form of identification in order to register the vehicles.

6. The only form of identification Mr. Testa possesses is an expired Colorado identification card. The DMV will not allow Mr. Testa to register the two vehicles without a current identification. Mr. Testa's passport is current.

7. Mr. Testa needs to register the vehicles so that he can continue to drive to work while he remains on bond and so that he can ship the motorcycle to family members in Australia.

8. Mr. Testa is requesting that the Court order temporary release of his passport so that he can register the two vehicles. Mr. Testa is requesting that he be allowed to pick up the passport, go to the DMV, and return the passport immediately. Mr. Testa has no objection to a requirement that an HSI agent or member of the Federal Public Defender's Office accompany him to the DMV.

9. Assistant United States Attorney Hetal Doshi objects to this request citing concerns regarding Mr. Testa's status as a foreign national, the fact that he is facing prison time, and access to financial means to flee.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Natalie_Stricklin@fd.org
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I filed the foregoing ***Motion for Temporary Release of Property*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Hetal Doshi, Assistant United States Attorney
E-mail: hetal.doshi@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Emilio Testa (via U.S. mail)

    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Natalie_Stricklin@fd.org
    *Attorney for Defendant*